1
2
3
4
5
6
7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    SAN JOSE DIVISION

11

12   JOHN HAECKER,                                   Case No. 5:15-cv-03998-HRL

             Plaintiff,
13
       v.                                            **ORDER TO SHOW CAUSE WHY THIS
14                                                   CASE SHOULD NOT BE DISMISSED**

15   MONTEREY BAY AQUARIUM;
     MONTEREY BAY AQUARIUM
16   FOUNDATION; STEPHEN C. NEAL;
     JULIE PACKARD; and DOES 1 through
17   100, inclusive,

18           Defendants.

19         This matter was set for a December 1, 2015 Initial Case Management Conference.

20   Plaintiff, however, failed to appear. Additionally, there is no indication that any of the defendants

21   have been served. Indeed, the docket indicates that there has been no activity by plaintiff in this

22   matter since the filing of the complaint on September 1, 2015.

23         Accordingly, plaintiff's counsel, Dominic G. Flamiano, shall appear on **December 8,**

24   **2015, 10:00 a.m.** in Courtroom 2, 5th Floor of the United States District Court, 280 South First

25   Street, San Jose, California and show cause, if any, why this case should not be dismissed for

26
27
28

failure to prosecute.

SO ORDERED.

Dated: December 1, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-03998-HRL Notice has been electronically mailed to:

Dominic G. Flamiano    dominic@domflamlaw.com, domflam@hotmail.com, legal@ghins.com