UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN HAECKER,<br><br>            Plaintiff,<br><br>       v.<br><br>MONTEREY BAY AQUARIUM FOUNDATION,<br><br>            Defendant. | Case No. 15-CV-03998-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Dominic Flamiano
Defendant's Attorney: John Baum

    An initial case management conference was held on March 2, 2016. A further case management conference is set for July 27, 2016, at 2:00 p.m. The parties shall file their joint case management statement by July 20, 2016.

    The parties are hereby referred to Court mediation, to be completed by July 8, 2016. The parties shall include a settlement status update in their July 20, 2016 joint case management statement. Plaintiff shall provide initial disclosures to Defendant by March 7, 2016.

    The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | May 4, 2016 |

1

Case No. 15-CV-03998-LHK
CASE MANAGEMENT ORDER

| Further Case Management Conference | July 27, 2016 |
|---|---|
| Close of Fact Discovery | December 1, 2016 |
| Opening Expert Reports | November 3, 2016 |
| Rebuttal Expert Reports | November 17, 2016 |
| Close of Expert Discovery | December 1, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | December 8, 2016 |
| Hearing on Dispositive Motions | January 19, 2017, at 1:30 p.m. |
| Final Pretrial Conference | March 16, 2017, at 1:30 p.m. |
| Jury Trial | April 17, 2017, at 9:00 a.m. |
| Length of Trial | 7 days |

**IT IS SO ORDERED.**

Dated: March 2, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 15-CV-03998-LHK
CASE MANAGEMENT ORDER